UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: ____8/3/18____

------------------------------------------------X

RIGOBERTO A. ARRIOLA, individually and on
behalf of others similarly situated,

                    Plaintiff,

**17-cv-03898-JGK**

-against-

SALTOTO, INC., and SALVATORE INZERILLO,
Jointly and severally,

**STIPULATION OF
DISCONTINUANCE
WITH PREJUDICE**

                Defendants.

------------------------------------------------X

Whereas no party to this action is an infant or incompetent person for whom a committee

has been appointed or conservatee, and no person not a party has an interest in the subject matter

of this action, the undersigned parties hereby stipulate and agree that, pursuant to FRCP 41(a)(1),

the above-captioned action, 17-cv-03898-JGK, and all claims asserted herein, is discontinued in

its entirety, with prejudice and without attorneys' fees or costs to any party as against any other

*SO/k* party, *except as provided in the Settlement Agreement*.

IT IS FURTHER STIPULATED AND AGREED that this Court shall retain authority to

enforce the terms of the parties' settlement agreement in connection with this action.

IT IS FURTHER STIPULATED AND AGREED that facsimile signatures to this Stipulation

will be treated as original signatures and filed with the Court.

**LAW OFFICES OF JUSTIN A. ZELLER, P.C.**

By:_____
    Brandon D. Sherr
    Justin A. Zeller
    277 Broadway, Suite 408
    New York, NY 10007-2036
    Tel: 212.229.2249
    *Attorneys for the Plaintiff*

**STEPHEN D. HANS & ASSOCIATES, P.C.**

By:_____
    Jason Mattar
    45-18 Court Square, Suite 403
    Long Island City, NY 11101
    Tel: 718.275.6700
    *Attorneys for the Defendants*

*The Court finds that the Settlement Agreement is fair,
reasonable and adequate, including the provision
for attorneys' fees.*
*So ordered.*
8/2/18
*[signature]*
*J. S. D.*